THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN BLUMEN-KRANTZ, Appellant.—

No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COSSENTINO, Appellant.—

No opinion. Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOROTHY SIMS, Appellant.—

Although there was a lease entered into for the tenant's apartment, the lease was not offered in evidence. There may not be a conviction under the section involved unless there is a failure to furnish a service or facility required to be furnished by the terms, expressed or implied, of the rental agreement with respect to the premises referred to in the information. (*People* v. *Dubins*, 276 App. Div. 1104.) Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR SPINNEY, Appellant.—

No opinion. Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.